IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
AT ANCHORAGE

MARTHA TAYLOR, )
)
      Plaintiff, )
)
vs. )
) CASE NO. 3AN-16- 10501 CI
JEFFERSON PILOT FINANCIAL INSURANCE )
COMPANY, LINCOLN NATIONAL LIFE )
INSURANCE COMPANY, and COOK INLET )
TRIBAL COUNSEL, )
) SUMMONS AND
      Defendant. ) NOTICE TO BOTH PARTIES
_____) OF JUDICIAL ASSIGNMENT

To Defendant: Lincoln National Life Insurance Company

You are hereby summoned and required to file with the court a written answer to the complaint which accompanies this summons. Your answer must be filed with the court at 825 W. 4th Avenue, Anchorage, AK 99501 within 20 days* after the day you receive this summons. In addition, a copy of your answer must be sent to the plaintiff's attorney or plaintiff (if unrepresented) JEFF BARBER, whose address is: 821 N Street, Suite 103, Anchorage, AK 99501.

If you fail to file your answer within the required time, a default judgment may be entered against you for the relief demanded in the complaint.

If you are not represented by an attorney, you must inform the court and all other parties in this case, in writing, of your current mailing address and any future changes to your mailing address and telephone number. You may use court form Notice of Change of Address / Telephone Number (TF-955), available at the clerk's office or on the court system's website at www.courts.alaska.gov/forms.htm, to inform the court. - OR - If you have an attorney, the attorney must comply with Alaska R.Civ. P. 5(I).

## NOTICE OF JUDICIAL ASSIGNMENT

TO: Plaintiff and Defendant

You are hereby given notice that:

[X] This case has been assigned to Superior Court Judge _Miller_
and to a magistrate judge.

[ ] This case has been assigned to District Court Judge _____.

CLERK OF COURT

12-6-16
Date

By: _____
Deputy Clerk

I certify that on 12-6-16 a copy of this Summons was [ ] mailed [X] given to
[ ] plaintiff [X] plaintiff's counsel along with a copy of the
[ ] Domestic Relations Procedural Order [ ] Civil Pre-Trial Order
to serve on the defendant with the summons.
Deputy Clerk _____

* The State or a state officer or agency named as a defendant has 40 days to file its answer. If you have been served with this summons outside of the United States, you have 60 days to file your answer.

# IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
## AT ANCHORAGE

MARTHA TAYLOR, )
)
            Plaintiff, )
)
vs. )
) CASE NO. 3AN-16- 10501 CI
JEFFERSON PILOT FINANCIAL INSURANCE )
COMPANY, LINCOLN NATIONAL LIFE )
INSURANCE COMPANY, and COOK INLET )
TRIBAL COUNSEL, )
) SUMMONS AND
            Defendant. ) NOTICE TO BOTH PARTIES
_____) OF JUDICIAL ASSIGNMENT

To Defendant: Jefferson Pilot Financial Insurance Company

You are hereby summoned and required to file with the court a written answer to the complaint which accompanies this summons. Your answer must be filed with the court at 825 W. 4th Avenue, Anchorage, AK 99501 within 20 days* after the day you receive this summons. In addition, a copy of your answer must be sent to the plaintiff's attorney or plaintiff (if unrepresented) **JEFF BARBER**, whose address is: **821 N Street, Suite 103, Anchorage, AK 99501.**

If you fail to file your answer within the required time, a default judgment may be entered against you for the relief demanded in the complaint.

If you are not represented by an attorney, you must inform the court and all other parties in this case, in writing, of your current mailing address and any future changes to your mailing address and telephone number. You may use court form Notice of Change of Address / Telephone Number (TF-955), available at the clerk's office or on the court system's website at www.courts.alaska.gov/forms.htm, to inform the court. - OR - If you have an attorney, the attorney must comply with Alaska R.Civ. P. 5(I).

## NOTICE OF JUDICIAL ASSIGNMENT

TO: Plaintiff and Defendant

You are hereby given notice that:

☑ This case has been assigned to Superior Court Judge _Miller_
   and to a magistrate judge.

☐ This case has been assigned to District Court Judge _____.

                                                                        CLERK OF COURT

_12-6-16_                                      By: _____
Date                                                            Deputy Clerk

I certify that on _12-6-16_ a copy of this Summons was [ ] mailed [X] given to
[ ] plaintiff [X] plaintiff's counsel along with a copy of the
[ ] Domestic Relations Procedural Order [ ] Civil Pre-Trial Order
to serve on the defendant with the summons.
Deputy Clerk _____

* The State or a state officer or agency named as a defendant has 40 days to file its answer. If you have been served with this summons outside of the United States, you also have 40 days to file your answer.

BARBER & ASSOCIATES, LLC
ATTORNEYS AT LAW
821 "N" STREET, SUITE 103
ANCHORAGE, ALASKA 99501
PHONE: (907) 276-5858
FAX: (907) 276-5817

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT IN ANCHORAGE

| | |
|---|---|
| MARTHA TAYLOR, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>JEFFERSON PILOT FINANCIAL )<br>INSURANCE COMPANY, )<br>LINCOLN NATIONAL LIFE )<br>INSURANCE COMPANY, and )<br>COOK INLET TRIBAL COUNCIL, )<br>)<br>Defendants. )<br>_____ ) | COPY<br>Original Received<br>DEC 6 - 2016<br>Clerk of the Trial Courts<br><br>Case No. 3AN-16- |

## COMPLAINT

COMES NOW the plaintiff, MARTHA TAYLOR, by and through her attorneys, BARBER & ASSOCIATES, LLC, and for their complaint against defendants JEFFERSON PILOT FINANCIAL INSURANCE COMPANY, LINCOLN NATIONAL LIFE INSURANCE COMPANY, and COOK INLET TRIBAL COUNCIL, state and allege as follows:

1. That at all times material hereto, plaintiff was and is a resident of Anchorage, Alaska.

4137 / 01 Complaint
Taylor v Jefferson Pilot Financial Insurance Company et al.
Page 1

2. That at all times material hereto, defendant Jefferson Pilot Financial Insurance Company (hereinafter "Jefferson Pilot") was a North Carolina insurance company doing business in Anchorage, Alaska.

3. That at all times material hereto, defendant Lincoln National Life Insurance Company (hereinafter "Lincoln") was and is an Illinois insurance company doing business in Anchorage, Alaska.

4. That at all times material hereto, defendant Cook Inlet Tribal Council Inc. (hereinafter "CITC") was and is an Alaska corporation doing business in Anchorage, Alaska.

5. The plaintiff is the widow of James L. Taylor who died on 12/7/14.

6. CITC employed James L. Taylor from 8/18/98 to 6/11/99.

7. James L. Taylor's employment benefits with CITC included disability insurance, life insurance and extension of death benefits.

8. CITC procured insurance benefits and paid premiums for James L. Taylor's disability, life insurance and extension of death benefits.

9. Jefferson Pilot provided insurance services to CITC and its employees.

10. CITC paid Jefferson Pilot for insurance benefits for James L. Taylor including disability, life insurance and extension of death benefits.

11. The plaintiff is a third-party beneficiary of the life insurance and

4137 / 01 Complaint
Taylor v Jefferson Pilot Financial Insurance Company et al.
Page 2

Case 3:17-cv-00035-HRH   Document 1-1   Filed 02/23/17   Exhibit A, page 4 of 7

BARBER & ASSOCIATES, LLC
ATTORNEYS AT LAW
821 "N" STREET, SUITE 103
ANCHORAGE, ALASKA 99501
PHONE: (907) 276-5858
FAX: (907) 276-6817

extension of death benefits sold by Jefferson Pilot and provided by CITC to James L. Taylor.

12. In 1999, Jefferson Pilot began paying disability and extension of death benefits for James L. Taylor.

13. The extension of death benefits were essentially payments for life insurance premiums which were made because James L. Taylor was disabled.

14. In 2006, Lincoln purchased Jefferson Pilot.

15. CITC paid extension of death benefits for James L. Taylor to Jefferson Pilot and then to Lincoln from 2001 until 2007.

16. Lincoln continued paying disability benefits for James L. Taylor until he turned 66 years old on 5/15/14.

17. When James L. Taylor died on 12/7/14, he was 66 years old.

18. When James L. Taylor died, Lincoln and/or Jefferson Pilot should have paid a disability life insurance benefit in the amount of $67,600 to the plaintiff ($104,000 less 35% because James L. Taylor was over 65 but under 70 years old when he died).

19. Neither Jefferson Pilot nor Lincoln paid any death benefit to the plaintiff.

20. The defendants negligently and/or recklessly adjusted and/or

4137 / 01 Complaint
Taylor v Jefferson Pilot Financial Insurance Company et al.
Page 3

administrated James L. Taylor's disability benefits which was a substantial factor in causing harm to the plaintiff for which the defendants are liable.

21. The defendants breached their contract which was a substantial factor in causing harm to the plaintiff for which the defendants are liable.

22. The defendants breached the covenant of good faith and fair dealing which was a substantial factor in causing harm to the plaintiff for which the defendants are liable.

23. The defendants are liable for exemplary or punitive damages for conduct evidencing reckless disregard to the interests of the plaintiff and/or outrageous conduct.

24. The defendants are liable for economic damages related to the disability and death benefits, non-economic damages for inconvenience and emotional distress, and other non-pecuniary damages to be more fully set forth at trial, caused by the defendants in an amount greater than $100,000.00 (ONE HUNDRED THOUSAND DOLLARS), the exact amount to be set by the trier of fact.

WHEREFORE, having fully pled plaintiff's complaint, the plaintiffs requests a judgment against the defendants for an amount greater than $100,000.00 (ONE HUNDRED THOUSAND DOLLARS) to be established by the trier of fact, plus interest, costs and attorney fees and such other relief as the court deems just.

4137 / 01 Complaint
Taylor v Jefferson Pilot Financial Insurance Company et al.
Page 4

DATED at Anchorage, Alaska this 6TH day of December, 2016.

BARBER & ASSOCIATES, LLC
Attorneys for Plaintiff

By: _____
JEFF BARBER
AK Bar #0111058

BARBER & ASSOCIATES, LLC
ATTORNEYS AT LAW
821 "N" STREET, SUITE 103
ANCHORAGE, ALASKA 99501
PHONE: (907) 276-5858
FAX: (907) 276-5817

4137 / 01 Complaint
Taylor v Jefferson Pilot Financial Insurance Company et al.
Page 5