IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| MARTHA TAYLOR | v. | JEFFERSON PILOT FINANCIAL INSURANCE COMPANY, et al. |
| JUDGE H. RUSSEL HOLLAND | | CASE NO. 3:17-cv-0035-HRH |

PROCEEDINGS:   ORDER FROM CHAMBERS

Upon being advised that the parties had reached a settlement of this case, the court entered its minute order of April 28, 2017,[1] denying pending motions.  At the time, plaintiff's motion for leave to file an amended complaint was pending.

Plaintiff's original complaint named Jefferson Pilot Financial Insurance Company and Lincoln National Life Insurance Company as two of three defendants.  Plaintiff's proposed, first amended complaint dropped Jefferson Pilot Financial Insurance Company from the caption of the case.[2]  Subsequently, plaintiff filed a notice of lodging a corrected amended complaint.[3]  The latter document included Jefferson Pilot in the caption, but plaintiff's proposed, corrected, amended complaint dropped Jefferson Pilot.  Finally, plaintiff's stipulation for dismissal "as to all defendants" names Lincoln National, but not Jefferson Pilot.

---

[1]Docket No. 21.

[2]Docket No. 16-1.

[3]Docket No. 19.

Order from Chambers – Amended Complaint; Stipulation for Dismissal        - 1 -

The clerk of court shall file plaintiff's corrected, amended complaint.[4]

The parties' stipulation for dismissal with prejudice[5] is approved, and this case is dismissed with prejudice as to all defendants, including Jefferson Pilot, the parties to bear their respective costs and attorney fees.

―――――――――――

---

[4]Docket No. 19-1.

[5]Docket No. 22.